IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 142 ML |
| | ) | Cr. No. ___________ |
| vs. | ) | In violation of: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and (b)(1)(D); 18 U.S.C. §§ 922 (g)(1) and 924(c) |
| SAMOEUN NAK | ) | |

FILED
DEC 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about November 8, 2006, in the District of Rhode Island, the defendant, SAMOEUN NAK, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about November 8, 2006, in the District of Rhode Island, the defendant, SAMOEUN NAK, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a

Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT THREE

On or about November 8, 2006, in the District of Rhode Island, the defendant, SAMOEUN NAK, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

COUNT FOUR

On or about November 8, 2006, in the District of Rhode Island, the defendant, SAMOEUN NAK, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Kel-Tec 380 caliber semi-automatic pistol, serial number HTY84, in violation of 18 U.S.C. § 922(g)(1).

COUNT FIVE

On or about November 8, 2006, in the District of Rhode Island, the defendant, SAMOEUN NAK, in furtherance of a drug trafficking crime, did knowingly possess a firearm, to wit, a

Kel-Tec 380 caliber semi-automatic pistol, serial number HTY84, in violation of 18 U.S.C. § 924(c).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count Four or Five of this Indictment, the Defendant, SAMOEUN NAK, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearm identified in Count Four and Five of the Indictment.

A TRUE BILL:

REDACTED

n

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 12-6-06