AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA v. Samoeun Nah

APPEARANCE

CASE NUMBER: 06-142ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Samoeun Nah

I certify that I am admitted to practice in this court.

12/11/06
*Date*

[signature]
*Signature*

Thomas Gulick 5856
*Print Name* *Bar Number*

400 Reservoir Ave
*Address*

Providence RI 02907
*City* *State* *Zip Code*

(401) 781-0755 (401) 781-0713
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.