1262974

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 06 2006
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

SAMOEUN NAK

**WARRANT FOR ARREST**

CASE NUMBER: CR06-142ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SAMOEUN NAK
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSESSION WITH INTENT TO DISTRIBUTE COCAINE, COCAINE BASE AND MARIHUANA; FELON IN POSSESSION OF A FIREARM; POSSESSION OF A SEMI-AUTOMATIC PISTOL IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(C)(D); 18:922(g)(1); 18:924(c)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

December 6, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 12/06/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Cal Wyant |
| DATE OF ARREST 12/11/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.