UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 06-142 ML
)
SAMOEUN NAK )

PRELIMINARY ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture of Kel-Tec 380 caliber semi-automatic pistol, serial number HTY84; it is hereby

ORDERED, ADJUDGED and DECREED

that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all the right, title, and interest of the defendant, SAMOEUN NAK, in and to the above firearm is hereby forfeited to the United States of America:

It is further

ORDERED, ADJUDGED, AND DECREED

as follows:

1. That the United States Marshal shall seize and retain the above-referenced firearm, in accordance with FED. R. CRIM. P. 32.2(b)(3) pending the further order of this court;

2. That pursuant to 21 U.S.C. § 853(n)(1) as incorporated by 28 U.S.C. § 2461(c), the United States Marshal shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the firearm in such manner as

the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-referenced firearm must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the firearm, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced firearm and any additional facts supporting the petitioner's claim and the relief sought;

4. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the firearm, as a substitute for published notice as to those persons so notified;

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n) as incorporated by 28 U.S.C. § 2461(c), in which all interests will be addressed.

Ordered this 30th day of January, 2007.

MARY M. LISI
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

SANDRA R. BECKNER
Assistant U.S. Attorney

THOMAS G. GULICK
Counsel for the Defendant