**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | CR 06-142ML |
| DEFENDANT | TYPE OF PROCESS |
| Samoeun Nak | Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney
Fleet Center
50 Kennedy Plaza, 8th FL, Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

publish Notice of Forfeiture once a week for three weeks

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 2-8-07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 2.8.07 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: RWOS. USMS CURRENTLY DOES NOT TAKE ATF ASSETS. PLEASE CONTACT THE LOCAL ATF OFFICE FOR FURTHER INSTRUCTIONS.

[initials]

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-142ML |
| | ) | |
| SAMOEUN NAK | ) | |

Notice is hereby given that on January 30, 2007, in the case of United States of America v. Samoeun Nak, Cr. No. 06-142ML, the United States District Court for the District of Rhode Island entered an Order forfeiting to the United States of America the following:

> One Kel-Tec 380 caliber semi-automatic pistol, serial number HTY84.

The United States hereby gives notice of its intention to dispose of the above-referenced firearm pending the further order of the court. Any person having or claiming a legal right, title or interest in the above-referenced firearm must file a petition with the Clerk of the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the above-referenced

firearm, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced firearm, the time and circumstances of the petitioner's acquisition of the right, title and interest in the above-referenced firearm, and any additional facts supporting the petitioner's claim and relief sought.

BURTON STALLWOOD
United States Marshal