# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 06-142ML***

***To: Warden***
***ACI***
***Cranston, RI***

05830-070

YOU ARE HEREBY COMMANDED, to have the **body** of **Samoeun Nak**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **20th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 30, 2007

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ______________________
*John Duhamel - Deputy Clerk*