**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS** **CR. No. 06-142ML**

**SAMOEUN NAK, ALIAS**

**MOTION FOR SENTENCE VARIANCE**

Now comes the Defendant, Samoeun Nak, in the above-entitled matter and hereby moves this Honorable Court for a sentence variation from the Sentencing Guideline range.

Defendant submits the following memorandum in support of this Motion

Respectfully Submitted
Samoeun Nak,
By His Attorney,

______________________________________
Thomas G. Gulick, Esq. #5856
LAW OFFICES OF EDWARD A. SHAPIRA
400 Reservoir Avenue
Providence, RI 02907
(401) 781-0755
(401) 781-0713 (fax)

Dated: April 27, 2007