RECEIVED
MAY 16 2008
Property of U.S. District Court
District of Rhode Island

**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 06-142ML
)
)
SAMOEUN NAK )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level _23_.

Criminal History Category _III_.

_57_ to _71_ months imprisonment.

_3_ years supervised release (Cts. I and II)
_2_ to _3_ years supervised release (Cts. III and IV)
_3_ to _5_ years supervised release (Ct. V)

$ 10,000 to $ 2,000,000 fine.

3. Defendant was sentenced on May 10, 2007 to 39 months imprisonment on Counts I through IV, all concurrent, and 60 months consecutive on Count V.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _19_.

Criminal History Category _III_.

_37_ to _46_ months imprisonment

_3_ years supervised release (Cts. I and II)
_2_ to _3_ years supervised release (Cts. III and IV)
_3_ to _5_ years supervised release (Ct. V)

$ 6,000 to $ 2,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the following the defendant has had no incident reports while incarcerated.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 25 months on Counts I-IV plus 60 months consecutive on Count V is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

KEVIN FITZGERALD
Counsel for Defendant

5-15-8
Date

SANDRA R. BECKNER
Assistant U.S. Attorney

5-12-08
Date